# Court of Appeals
# of the State of Georgia

ATLANTA,__June 07, 2017_____

*The Court of Appeals hereby passes the following order:*

**A17A1462. SHERYL L. SMITH v. DLJ MORTGAGE CAPITAL, INC. et al.**

This case was docketed by this court on March 31, 2017, and appellant's brief and enumeration of errors were due April 20, 2017. On April 21, 2017, the appellant filed a motion for an extension of time in which to file an enumeration of errors and brief which the court granted and extended the filing date to May 15, 2017. As of the date of this order, appellant still has not filed a brief and enumeration of errors within the time frame permitted. Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__06/07/2017_____*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*